IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HEATHER HILL,**

      **Plaintiff,**

v.                                  **CIVIL ACTION NO.: 1:18-CV-167**
                                              **(JUDGE KLEEH)**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## REPORT AND RECOMMENDATION RECOMMENDING DISMISS FOR FAILURE TO PROSECUTE

On August 24, 2018, Plaintiff filed a Complaint against the Commission of the Social Security Administration. On November 8, 2018, Defendant filed it's Answer and Administration Record. (ECF Nos. 10, 11). On December 14, 2018, the undersigned entered an Order Directing Filing of Briefs. (ECF No. 14). Plaintiff's deadline for filing her Motion was January 14, 2019. (ECF No. 14). On January 9, 2019, Plaintiff filed a *pro se* Motion for Extension of Time. (ECF No. 16). This Motion was granted. (ECF No. 17). On February 5, 2019, Plaintiff filed another Motion for Extension of Time. (ECF No. 19). This Motion was granted on February 7, 2019. (ECF No. 20). Another Motion for Extension of Time was filed on April 8, 2019. (ECF No. 21). This Motion was granted on April 10, 2019. (ECF No. 22).

On June 10, 2019, Plaintiff filed another Motion for Extension of Time. (ECF No. 24). This Motion was denied as this case is on the District Court's September 31, 2019 Sixth Month List and must be disposed of prior to this deadline. Plaintiff was informed of such denial. (ECF

No. 26). To date, Plaintiff has not filed her Motion for Summary Judgment as required under the statute and Local Rule 9.02.

Accordingly, the undersigned **FINDS** that Plaintiff has failed to prosecute her case as required under the statute and local rules. The undersigned hereby **RECOMMENDS** that the case be dismissed for failure to prosecute.

Any party shall have fourteen days from the date of filing this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.** A copy of such objections should also be submitted to the United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a Copy of this Report and Recommendation of counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Date: June 20, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE